# UNITED STATES DISTRICT COURT

_____District of Arizona_____

_In the Matter of the Search of_:

**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9434 6081 0624 4926 7716 90, addressed to T.M. XXXX Ramona Dr Newbury Park CA 91320-3550, with a return address of Soloman Mena XXX S Royal Palm Rd Apt XXXX Apache Junction AZ 85119-3309. It is a brown cardboard box measuring 14" X 14" X 14", weighing approximately 10 pounds and 1.7 ounces, postmarked March 18, 2026, and bearing postage for a parcel weighing 25 pounds and 9 ounces

**SEARCH WARRANT**

Case Number: 26 - 5111 MB

TO:  Kevin B. O'Donnell and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Kevin O'Donnell, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9434 6081 0624 4926 7716 90, addressed to T.M. XXXX Ramona Dr Newbury Park CA 91320-3550, with a return address of Soloman Mena XXX S Royal Palm Rd Apt XXXX Apache Junction AZ 85119-3309.  It is a brown cardboard box measuring 14" X 14" X 14", weighing approximately 10 pounds and 1.7 ounces, postmarked March 18, 2026, and bearing postage for a parcel weighing 25 pounds and 9 ounces,

in the District of Arizona there is now concealed certain property, namely, STOLEN MERCHANDISE OR DOCUMENTS RELATING TO THE DISTRIBUTION OF STOLEN GOODS THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTIONS 2314, AS EVIDENCE OF SAID VIOLATION.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before___4 | 14 | 26_____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

Mar. 31 , 2026          at          Phoenix, Arizona
Date and Time Issued                City and State
         3:48 p.m.

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer

# UNITED STATES DISTRICT COURT

_____District of Arizona_____

*In the Matter of the Search of:*

**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9434 6081 0624 4926 7716 90, addressed to T.M. XXXX Ramona Dr Newbury Park CA 91320-3550, with a return address of Soloman Mena XXX S Royal Palm Rd Apt XXXX Apache Junction AZ 85119-3309. It is a brown cardboard box measuring 14" X 14" X 14", weighing approximately 10 pounds and 1.7 ounces, postmarked March 18, 2026, and bearing postage for a parcel weighing 25 pounds and 9 ounces

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 26-5111 MB

I, Kevin B. O'Donnell, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9434 6081 0624 4926 7716 90, addressed to T.M. XXXX Ramona Dr Newbury Park CA 91320-3550, with a return address of Soloman Mena XXX S Royal Palm Rd Apt XXXX Apache Junction AZ 85119-3309. It is a brown cardboard box measuring 14" X 14" X 14", weighing approximately 10 pounds and 1.7 ounces, postmarked March 18, 2026, and bearing postage for a parcel weighing 25 pounds and 9 ounces,

in the District of Arizona there is now concealed certain property, namely, STOLEN MERCHANDISE OR DOCUMENTS RELATING TO THE DISTRIBUTION OF STOLEN GOODS THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 18, United States Code, Section 2314. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF KEVIN O'DONNELL, WHICH IS MADE A PART HEREOF.

Authorized by AUSA Aron Ketchel *Aron Ketchel* Digitally signed by ARON KETCHEL Date 2026.03.31 12:17:53 -07'00'

Sworn to me telephonically, and subscribed electronically

Mar. 31 , 2026     at

Date      @ 3:48 pm

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Affiant – Kevin B. O'Donnell

Phoenix, Arizona
City and State

Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Kevin B. O'Donnell, being duly sworn, hereby depose and state as follows:

1.    I am a U.S. Postal Inspector (PI) employed by the U.S. Postal Inspection Service (USPIS) in Phoenix, Arizona, and have been so employed since September 2025. I am currently assigned to the Mail Theft/Robbery/Burglary Team where I conduct criminal investigations related to the theft of U.S. Mail.  Prior to my current employment, I was employed as an Assistant Special Agent-in-Charge (supervisory criminal investigator) with the U.S. General Services Administration (GSA), Office of Inspector General (OIG), in Santa Ana, California, and was so employed between August 2022 and September 2025. Prior to my employment with GSA OIG, I was employed as a Special Agent (criminal investigator) with the U.S. Department of Housing and Urban Development (HUD), OIG, in Los Angeles, California. My professional training includes having attended the 12-week Criminal Investigator Training Program (CITP) from February 2015 to May 2015 and the 3 ½-week Inspector General Investigator Training Program (IGITP) in May 2016 at the Federal Law Enforcement Training Center (FLETC), in addition to several other FLETC and POST-certified trainings and certificate courses. As a sworn federal law enforcement officer, I have personally investigated and supervised investigations involving allegations of criminal activity throughout Arizona, California, Hawaii, and Nevada, and have testified as an investigating officer, declarant, and affiant in multiple state and federal courts. I am a Certified Fraud Examiner (CFE) and have a bachelor's degree (B.A.) in political science from the University of California, San Diego and a juris doctor degree (J.D.) from Chapman University School of Law.

1

2.      I have conducted and assisted with numerous investigations of individuals for violations of Title 18, United State Code, Sections 1341 (Mail Fraud), 1708 (Mail Theft), 2314 (Transportation of Stolen Goods), and numerous other statutes within Title 18 of the United States Code. The facts and information contained in this affidavit are based on my personal knowledge, as well as that of other Postal Inspectors and law enforcement officers involved in this investigation, as described below. As this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrants, your Affiant has not set forth all of the relevant facts known to all law enforcement officers involved herein.

3.      This Affidavit is made in support of an application for four search warrants, each for a separate United States Postal Service (USPS) parcel (the four parcels are referred to as the "**SUBJECT PARCELS**"). The **SUBJECT PARCELS** are believed to contain stolen goods.

4.      **SUBJECT PARCEL ONE** is further described as follows:

One USPS Priority Mail parcel bearing USPS tracking number 9434 6081 0624 4926 7716 90, addressed to T.M. XXXX Ramona Dr Newbury Park CA 91320-3550, with a return address of Soloman Mena XXX S Royal Palm Rd Apt XXXX Apache Junction AZ 85119-3309.[1] It is a brown cardboard box measuring 14" X 14" X 14", weighing approximately 10 pounds and 1.7

---

[1] The full names of the recipients and full addresses are known by the Affiant but are redacted here.

ounces, postmarked March 18, 2026, and bearing postage for a parcel weighing 25 pounds and 9 ounces.

5. **SUBJECT PARCEL TWO** is further described as follows:

One USPS Priority Mail parcel bearing USPS tracking number 9434 6081 0624 5950 6849 87, addressed to J.A. XXXX Caminito Balada La Jolla CA 92037-7183, with a return address of Soloman Mena XXX S Royal Palm Rd Apt XXXX Apache Junction AZ 85119-3309. It is a brown cardboard box measuring 14" X 14" X 14", weighing approximately eight pounds and 1.1 ounces, postmarked March 18, 2026, and bearing postage for a parcel weighing 12 pounds.

6. **SUBJECT PARCEL THREE** is further described as follows:

One USPS Priority Mail parcel bearing USPS tracking number 9434 9081 0624 5950 6846 50, addressed to R.H. XXXX SE North Lookout Blvd Port Saint Lucie Fl 34984-6106, with a return address of Soloman Mena XXX S Royal Palm Rd Apt XXXX Apache Junction AZ 85119-3309. It is a brown cardboard box measuring 12" X 8" X 10", weighing approximately three pounds and 10 ounces, postmarked March 18, 2026, and bearing postage for a parcel weighing 1 pound.

7. **SUBJECT PARCEL FOUR** is further described as follows:

One USPS Priority Mail parcel bearing USPS tracking number 9434 6081 0624 4926 7727 72, addressed to A.J. XXXX W 159th Ave Lowell IN 46356-7028, with a return address of Soloman Mena XXX S Royal Palm Rd

3

Apt XXXX Apache Junction AZ 85119-3309. It is a brown cardboard box measuring 27" X 15" X 17", weighing approximately 28 pounds and 9.6 ounces, postmarked March 18, 2026, and bearing postage for a parcel weighing 25 pounds and 9 ounces.

## BACKGROUND

8.      From my training and experience, as well as the training and experience of other Postal Inspectors and law enforcement officers, I am aware that the USPS mail system is frequently used to transport stolen goods and proceeds from the sale of stolen goods to areas throughout the United States. I also know that individuals prefer the USPS mail system because of its reliability and the ability to track the article's progress to the intended delivery point.

## RELEVANT FACTS AND INVESTIGATION INTO THE SUBJECT PARCELS

9.      On March 26, 2026, PI O'Donnell received an email from Alec Yates, Customer Service Supervisor, Apache Junction Post Office, USPS, regarding a request from the Pinal County (Arizona) Sheriff's Office (PCSO) to intercept parcels believed to contain stolen goods. Yates provided PCSO Detective Russel Toumberlin's contact information within the correspondence.

10.     PI O'Donnell telephoned Detective Toumberlin regarding the request to intercept the parcels believed to contain stolen goods and was advised that the parcel's sender/shipper, Solomon Mena ("Mena'), is a suspect in a residential burglary investigation stemming from a March 12, 2026, residential burglary of the "Subject Residence" in Gold Canyon, Arizona.

4

11.    Detective Toumberlin advised PI O'Donnell that PCSO Deputies observed Mena drop off several parcels at the Apache Junction Post Office. Upon Mena leaving the Post Office, PCSO Deputies attempted to effectuate a traffic stop on Mena. Mena, however, appeared to flea the pursuing PCSO vehicle, and was involved in a subsequent vehicle collision. Mena is currently in custody with PCSO for violation of Arizona Revised Statute 28-622.01, Unlawful Flight from a Pursuing Law Enforcement Vehicle, a Class 5 felony.

12.    Detective Toumberlin advised PI O'Donnell that PCSO Detective Michael Fender is the investigating officer for the Solomon Mena investigation and initiated an email correspondence between Detective Fender and PI O'Donnell.

13.    On March 26, 2026, Detective Fender provided PI O'Donnell with a probable cause statement for Solomon Mena. Within the probable cause statement, Detective Fender provided the following, in summary:

On 03/12/2026 at approximately 0830 hours, the Pinal County Sheriff's Office received a report of a residential burglary that occurred at [the Subject Residence] in Gold Canyon, Arizona. The reporting party relayed that during the evening hours of 03/11/2026 into the early morning hours of 03/12/2026, unknown suspect(s) cut a post on the front screen of the Subject Residence to access a lock box which contained a key to the residence. This lock box appeared to be taken by the suspect(s) as it was not located. The suspect(s) then utilized the key to gain access to the Subject Residence and steal a number of items totaling over $10,000, in violation of ARS 13-1507.A (Burglary in the Second Degree), a Class 3 Felony.

5

These items were pending sale by an estate sale company that had been hired by the homeowners. The items had been listed on a webpage advertising the estate sale. On 03/12/2026 (after the burglary occurred) it was discovered that a number of the same items had been listed for sale from the estate sale were now listed for sale on the internet commerce site, eBay. One of these items was described as a Van Briggle Pottery - Bunny and Bowl set, which the homeowners confirmed was stolen from the Subject Residence. Based on the facts and circumstances, your Affiant believes that the identified [eBay] account was/is being utilized to traffic stolen property in violation of ARS 13-2307.A (Trafficking in Stolen Property), a Class 3 Felony.

14.     On March 27, 2026, PI O'Donnell retrieved the **SUBJECT PARCELS** described above from Alec Yates at the Apache Junction Post Office.

15.     On March 27, 2026, Detective Fender advised PI O'Donnell that Detective Fender conducted a custodial, Mirandized interview of Mena and, during that interview, Mena admitted to bulgarizing the Subject Residence and attempting to traffic the property Mena stole from the residence through eBay.

16.     During the same interview, Mena also acknowledged that the four parcels he was observed by PCSO Deputies dropping off at the Apache Junction Post Office contained stolen items.

17.     On March 27, 2026, Detective Fender provided PI O'Donnell with a handwritten list of items stolen from the Subject Residence, with their associated value,

6

completed by the retained estate company following the burglary. The approximate value of the items stolen from the Subject Residence is $7,100.

## CONCLUSION

18.     Based on these facts, there is probable cause to believe the **SUBJECT PARCELS** described above contain stolen merchandise or documents relating to the distribution of stolen goods, constituting evidence of violations of Title 18, United States Code, 2314 (Transportation of Stolen Goods).

Kevin B. O'Donnell
United States Postal Inspector

Subscribed electronically and sworn telephonically on this __31__ day of __March__ 2026.

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE

7